IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

MOISES A. QUINTEROS-ORELLANA                                        PLAINTIFF

v.                              Civil No. 5:25-cv-05130-CDC

DEON T. CLAY                                                        DEFENDANT

### JUDGMENT ON PLAINTIFF'S FIRST AMENDMENT CLAIM

For the reasons stated in the Court's Memorandum Opinion and Order filed this day in this matter, Defendant's Motion for Summary Judgment (ECF No. 22) is **GRANTED**, **IN PART** (Defendant is granted qualified immunity on Plaintiff's First Amendment Claim which is **DISMISSED WITH PREJUDICE**) and **DENIED, in PART** (Defendant is denied qualified immunity on Plaintiff's Fourth Amendment Claim and this claim continues.)

**DATED** this **18th day of June 2026**.

*Christy Comstock*
_____
CHRISTY COMSTOCK
U.S. MAGISTRATE JUDGE

1